

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00509-CR

Terrance **RAMSEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR5401
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d), 37.1.

SIGNED December 16, 2015.

_____
Karen Angelini, Justice